**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WILMINGTON SAVINGS FUND SOCIETY, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-A,

Plaintiff,

v. No. 1:25-cv-00380-MLG-JFR

ESTATE OF JAMES E. LOWRY (deceased), ESTATE OF WILMA M. LOWRY (deceased), REBECCA ANN LOWRY, UNKNOWN HEIRS, DEVISEES, AND LEGATEES OF ESTATE OF JAMES E. LOWRY, and UNKNOWN HEIRS, DEVISEES, AND LEGATEES OF ESTATE OF WILMA M. LOWRY,

Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

Magistrate Judge Robbenhaar filed the Proposed Findings and Recommended Disposition ("PFRD") on July 31, 2026. Doc. 16. This PFRD recommends the Court enter default judgment against all Defendants save for Rebecca Ann Lowry;[1] award an "in rem judgment in the amount of $336,291.00, plus an additional $13.38 per day in interest from the date of September 12, 2025, forward; and [] appoint[] a special master to conduct a foreclosure sale." *Id.* at 1-2. The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review. *Id.* at 19. No objections were filed. Finding no reason either in law or fact to depart from Judge Robbenhaar's PFRD, the Court adopts the conclusions memorialized

[1] These other defendants include the Estate of James E. Lowry (deceased), the Estate of Wilma M. Lowry (deceased), the Unknown Heirs, Devisees, and Legatees of James E. Lowry, and the Unknown Heirs, Devisees, and Legatees of Wilma M. Lowry.

therein. Doc. 16. The Court will enter a separate judgment (in accordance with Federal Rule of Civil Procedure 58) and order of foreclosure.

It is therefore ordered as follows:

1. Judge Robbenhaar's PFRD is adopted. Doc. 16.

2. A separate order of foreclosure and judgment are forthcoming.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA